JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JUNHO HWANG, an individual; and Does 1-10; and DOES 1-10,<br>　　　　Defendants. | Case No.: 2:21-cv-01982-RGK-RAO<br><br>*Hon. R. Gary Klausner*<br><br>~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE<br>　　　　　　[42] |

///
///
///

---

1

~~[PROPOSED]~~ ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendant Junho Hwang is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: 2/11/2022

*Gary Klausner* (signature)
Hon. R. Gary Klausner
United States District Judge